UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-21242-CIV-JEM

LUIS BRIAN HERNANDEZ GUERRA and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
         Plaintiff, )
vs. )
)
AL-FLEX EXTERMINATORS, INC., and )
ALEXANDER E. NAPOLES )
)
         Defendants. )
_____ )

## PLAINTIFF'S STATEMENT OF CLAIM

     Now come(s) the Plaintiff(s) through the undersigned and file(s) the above-described Statement of Claim as follows:

**Time and One-half Overtime Claim (4/1/15-4/7/16):**
Amount of time and one-half per hour not compensated: $30
Weeks: 53
Overtime hours per week: 20
Total wages unpaid and liquidated damages: $31,800 X 2 = $63,600

*Plaintiff seeks all fees and costs under the FLSA.

**Respectfully submitted,**

**K. DAVID KELLY, ESQ.**
**J.H. ZIDELL, P.A.**
**ATTORNEY FOR PLAINTIFF**
**300 71ST STREET, #605**
**MIAMI BEACH, FLA. 33141**
**PH: 305-865-6766**
**FAX: 305-865-7167**
**EMAIL: DAVID.KELLY38@ROCKETMAIL.COM**
**F.B.N. 0123870**
**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WAS SENT SUBSEQUENT TO E-FILING ON 4/15/16 TO:**

**ALL CM/ECF RECIPIENTS**

**BY:____/s/ K. David Kelly_____**
**K. DAVID KELLY, ESQ.**